**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**JAIRO BRENES,**
**Et al**  Case No: 3:10-cv-604-JRS
 **JURY DEMANDED**

**Plaintiffs,**

v.

**EQUIFAX INFORMATION SERVICES, LLC,**
 **Defendant.**

## RESPONSE TO [4] ORDER

Comes now the plaintiffs, by counsel, and in response to [4] order by the court to explain why the case should not be dismissed, says as follows:

The matter has mostly settled between the parties, and what is left is the finalization of the credit files of each plaintiff. Approximately 5 plaintiffs have consumer credit files that are still incomplete and inaccurate. The balance of the files are corrected, and except for a few who have not been paid, had settlement made upon their claim.

As a result, the case is almost ready to be settled and dismissed, however, in the interest of justice, the court should not dismiss the action, in order to retain jurisdiction over the defendant, and enforce any settlement agreement.

Alternatively, the court could dismiss the action as settled, and retain jurisdiction to enforce any settlement agreement between the parties.

**JAIRO BRENES, et al**

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
jkrumbein@krumbeinlaw.com
Counsel for the Plaintiff
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230
804-673-4358
804-673-4350 (fax)

Leonard A. Bennett, Esq. VSB#37523
lenbennett@cox.net
Consumer Litigation Associates, PC
12515 Warwick Blvd, Suite 100
Newport News, VA 23606
757-930-3660
757-930-3662 fax